Barry R. Schirm (SBN 94553)
**HAWKINS PARNELL & YOUNG, LLP**
445 South Figueroa Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 486-8000
Facsimile: (213) 486-8080
Email: bschirm@hpylaw.com

Attorneys for Defendants
RHEEM MANUFACTURING COMPANY
AND HOME DEPOT U.S.A., INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CALIFORNIA FAIR PLAN, | Case No.: 2:19-cv-00615-JFW-SSx |
| Plaintiff, | |
| v. | **ORDER RE REMAND OF REMOVED ACTION** |
| RHEEM MANUFACTURING COMPANY, a Delaware corporation; THE HOME DEPOT U.S.A., Inc., a Delaware corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed : October 19, 2018 |

The Court, having reviewed the Stipulation to Remand Removal of Action, and good cause appearing therefor, orders as follows:

1. The Parties' Stipulation is approved;

2. The Central District of California Case number 2:19-cv-00615, titled CALIFORNIA FAIR PLAN v. RHEEM MANUFACTURING COMPANY, et al., is hereby remanded to the Los Angeles Superior Court.

IT IS SO ORDERED.

Dated: February 15, 2019

_____
United States District Judge